C.D. Michel (SBN 144258)
Anna M. Barvir (SBN 268728)
Tiffany D. Cheuvront (SBN 317144)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Ste. 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com
  *Attorneys for Plaintiffs B & L Productions, Inc., Barry Bardack, Ronald J. Diaz, Sr., John Dupree, Christopher Irick, Lawrence Walsh, Maximum Wholesale, Inc., California Rifle & Pistol Association, Incorporated, South Bay Rod and Gun Club, Inc.*

Donald Kilmer (SBN 179986)
Law Offices of Donald Kilmer, APC
1645 Willow Street Suite 150
San Jose, CA 95125
Telephone: (408) 264-8489
Fax: (408) 264-8487
Email: Don@DKLawOffice.com
  *Attorney for Plaintiff Second Amendment Foundation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B & L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al., <br><br> Plaintiffs, <br> v. <br><br> 22nd DISTRICT AGRICULTURAL ASSOCIATION, et al., <br><br> Defendants. | CASE NO.: 3:19-cv-00134-CAB-NLS <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** <br><br> Date:  May 1, 2020 <br> Judge: Hon. Cathy Ann Bencivengo <br><br> PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT. <br><br> Action Filed: January 21, 2019 |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT on May 1, 2020, or as soon thereafter as the |
| 2 | matter may be heard, and only if the Court issues an order setting forth the date and |
| 3 | time for oral argument, in Courtroom 4C of the United States District Court, Southern |
| 4 | District of California, located at 221 West Broadway, San Diego, California 92101, |
| 5 | Plaintiffs B & L Productions, Inc., Barry Bardack, Ronald J. Diaz, Sr., John Dupree, |
| 6 | Christopher Irick, Lawrence Walsh, Maximum Wholesale, Inc., California Rifle & |
| 7 | Pistol Association, Incorporated, South Bay Rod and Gun Club, Inc., and Second |
| 8 | Amendment Foundation will move the Court for an order granting leave to file a |
| 9 | supplemental complaint. |
| 10 | Plaintiffs bring this motion because events occurring after the filing of the |
| 11 | original complaint have caused Plaintiffs additional but similar injuries as those |
| 12 | originally complained about. California has adopted a new law prohibiting firearm and |
| 13 | ammunition sales at the Del Mar Fairgrounds--the same public venue affected by |
| 14 | Defendant's gun show moratorium, which was the subject of Plaintiffs' original |
| 15 | pleading. Plaintiffs' challenge to the new law is sufficiently related to Plaintiffs |
| 16 | original claims because it is part of a larger scheme to ban gun shows at the |
| 17 | Fairgrounds. The new law invites the same constitutional harms on Plaintiffs that the |
| 18 | moratorium did, and it is unconstitutional for the same reasons the moratorium is. But |
| 19 | the relief Plaintiffs currently seek in their complaint would not be sufficient to redress |
| 20 | injuries caused by this new law. |
| 21 | This motion is based on this notice, the memorandum of points and authorities |
| 22 | and the request for judicial notice filed simultaneously herewith, as well as any |
| 23 | exhibits attached thereto. This motion is also based on the pleadings and records |
| 24 | already on file, and on any further matters the Court deems appropriate. |

Dated: March 27, 2020

**MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Attorneys for Plaintiffs
Email: abarvir@michellawyers.com

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *B & L Productions, Inc., et al. v. 22nd District Agricultural Association, et al.*
Case No.: 3:19-cv-00134 CAB (NLS)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Xavier Becerra
Attorney General of California
P. Patty Li
Deputy Attorney General
E-mail: patty.li@doj.ca.gov
Natasha Saggar Sheth
Deputy Attorney General
E-mail: natasha.sheth@doj.ca.gov
Chad A. Stegeman
Deputy Attorney General
E-mail: chad.stegeman@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
    *Attorneys for Defendants*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed March 27, 2020.

                                          *s/ Laura Palmerin*
                                          Laura Palmerin