UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & L PRODUCTIONS, INC. d/b/a CROSSROADS OF THE WEST et al.,<br><br>                            Plaintiffs,<br><br>v.<br><br>22ND DISTRICT AGRICULTURAL ASSOCIATION et al.,<br><br>                            Defendants. | Case No.: 3:19-CV-134-CAB-AHG<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 44.] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear their own costs. The Court declines to retain jurisdiction to enforce the terms of the settlement agreement.

It is **SO ORDERED**.

Dated: April 30, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge